JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. MOLICA, an individual, JULIO F. MOLICA, an individual NANCY AMPARO CUEVA, an individual, ,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC, a business of unknown form,<br><br>Defendants. | Case No.: CV 15-9759-GW(FFMx)<br><br>Hon. Judge George H. Wu<br>Hon. Mag. Judge Frederick F. Munn<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed: December 18, 2015<br>Trial Date: N/A |

The Court having considered the *Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *Plaintiff* NANCY AMPARO CUEVA (the "Plaintiff" and *Defendant* SELECT PORTFOLIO SERVICING, INC. (the "Defendant" and together with Plaintiff, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Second Amended Complaint is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action.

1
**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**
926348.1

**IT IS FURTHER ORDERED** the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement entered into between the Parties

**IT IS SO ORDERED**.

Dated: June 23, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE